UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                     :

MASON TENDERS DISTRICT COUNCIL       :
WELFARE FUND; MASON TENDERS DISTRICT   :
COUNCIL PENSION FUND; MASON TENDERS   :      24-CV-10013 (JAV)
DISTRICT COUNCIL ANNUITY FUND; MASON   :
TENDERS DISTRICT COUNCIL TRAINING    :       ORDER
FUND; MASON TENDERS DISTRICT COUNCIL  :
HEALTH AND SAFETY FUND; and DOMINICK  :
GIAMMONA, as FUNDS'                 :
CONTRIBUTIONS/DEFICIENCY MANAGER,   :

                Plaintiffs,         :

     -v-                        :

MALCOLM PATRICK CORP.,          :

                Defendant.       :

--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On April 16, 2026, a Suggestion of Bankruptcy was filed in this case, advising that on April 13, 2026, Defendant Malcolm Patrick Corp. filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. See ECF No. 32.

IT IS HEREBY ORDERED that, pursuant to Section 362(a) of the Bankruptcy Code, this matter is stayed pending further order of the Court. See 11 U.S.C. § 362(a)(1) (the filing of a Chapter 11 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title").

In view of the automatic stay imposed by section 362 of the Bankruptcy Code, this action

is administratively closed subject to the right of either party to reopen within 21 days of the

conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as

applied to this action.

      SO ORDERED.

Dated: April 21, 2026
      New York, New York                     JEANNETTE A. VARGAS
                                        United States District Judge

2